|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

*FILED 2010 AUG 10 PM 1:02 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 568.28 | $ (3.33) |

*Handwritten:*
Case No. 09-50602
Check No. 2011
$29.45
Receipt No. 81677

UST Form 101-7-NFR (9/1/2009) (Page: 3)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Recovery Management Systems Corporation | $ 419.21 | $ 2.46 |
| 4 | OHIO DEPT OF JOB & FAMILY SERVICES | $ 691.95 | $ 4.05 |
| 5 | Wynn Singer and Assocaites | $ 90.40 | $ 0.53 |
| 6 | Novacare Rehabilitation | $ 20.00 | $ 0.12 |
| 7 | Roundup Funding, LLC | $ 1,817.89 | $ 10.65 |
| 9 | Midland Credit Management, Inc. | $ 544.35 | $ 3.19 |
| 10 | Midland Credit Management, Inc. | $ 398.24 | $ 2.33 |
| 11 | Midland Credit Management, Inc. | $ 1,123.39 | $ 6.58 |
| 12 | Midland Credit Management, Inc. | $ 1,118.80 | $ 6.55 |
| 13 | Midland Credit Management, Inc. | $ 702.61 | $ 4.12 |
| 14 | Midland Credit Management, Inc. | $ 1,063.98 | $ 6.23 |
| 15 | Dominion East Ohio Gas | $ 1,892.36 | $ 11.09 |
| 16 | Great Lakes Higher Ed. Corp. | $ 15,092.53 | $ 88.42 |
| 17 | Great Lakes Higher Ed. Corp. | $ 9,596.79 | $ 56.22 |
| 18 | Lhr Inc | $ 803.66 | $ 4.71 |
| 19 | Michael Friess | $ 787.50 | $ 4.61 |
| 20 | OHIO EDISON BANKRUPTCY DEPARTMENT | $ 2,573.98 | $ 15.09 |